IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02404-WYD-MJW

AGRIHOUSE, INC.;
RICHARD J. STONER; and
ROBERT J. ATWELL,

    Plaintiffs,

v.

AGRIHOUSE, L.L.C.; and
JD INVESTMENT CO., L.L.C.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Motion to Stay Action Pending Arbitration [doc. #26, filed January 16, 2009] is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1.

    Dated: January 16, 2009.