IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02404-WYD-MJW

AGRIHOUSE, INC., et al.,

Plaintiff(s),

v.

AGRIHOUSE, LLC, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendants' Motion for Leave to Attend D.C.COLO.LCivR 16.1 Scheduling Conference Telephonically or in the Alternative for Postponement, DN 21, filed with the Court on January 12, 2009, is GRANTED. The Defendants shall contact the court by calling (303) 844-2403 to participate at the Scheduling Conference on January 23, 2009, at 1:30 p.m. (Mountain Time).

Date: January 20, 2009